UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-MJ-00207-AC-4 |
| Plaintiff, | ) | [Proposed] ORDER TO CONTINUE STATUS HEARING AND SET FOR A CHANGE OF PLEA |
| v. | ) | |
| SCOTT PITMAN, | ) | DATE: January 25, 2016 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Allison Claire |

ORDER

It is hereby ordered that the status hearing presently set for January 25, 2016 at 9:00 a.m. be continued to February 8, 2016 at 9:00 a.m. and be set for a change of plea.

DATED: January 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE